646

450 A.2d 225

Commonwealth v. Rodriguez, Appellant.

Submitted December 1, 1981. Jeffery M. Cook, Assistant Public Defender, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Order affirmed.

450 A.2d 225

Commonwealth v. Stinson, Appellant.

Submitted June 7, 1982. Samuel R. Kasick, Assistant Public Defender, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgments of sentence affirmed.